UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:18-CV-220-JHM

SOUTHERN FINANCIAL GROUP, LLC            PLAINTIFF

v.    **VERIFIED ANSWER TO COMPLAINT ON PERSONAL GUARANTEES**

CLAYTON E. STOESS, SR., et al.            DEFENDANTS

*** *** *** *** ***

Defendants Clayton E. Stoess, Sr., Clayton E. Stoess, Jr., and Betty R. Stoess, state as follows, for their Answers to the Plaintiff's complaint:

1. These Defendants admit the allegations made in items numbered 2, 3, 4, 7, 8, 10, and 11.

2. These Defendants are without sufficient information to admit or deny the allegations made in items numbered 1, 5, 6, 8, 9, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, and 33, and does, therefore, deny the same.

3. All documents referred to in the complaint which have been recorded with the County Clerk appear to be true copies; however, if valid these documents will speak for themselves.

4. The Plaintiff is not entitled to any of the relief requested in the prayer for judgment. The Plaintiff has failed to state a claim upon which relief may be granted. These Defendants are without sufficient information to narrow its expected defenses at this time; however, in an abundance of caution do state that all of the defenses available under the rules of civil procedure are hereby invoked, including, but not limited to, the defenses found in CR 8.03. ("[A]ccord and satisfaction, arbitration and award, assumption of risk, contributory negligence, discharge in bankruptcy, duress, estoppel, failure of consideration, fraud, illegality, injury by fellow servant, laches, license, payment, release,

res judicata, statute of frauds, statute of limitations, waiver, and any other matter constituting an avoidance or affirmative defense.")

WHEREFORE, these Defendants demand the following relief:

1. Such legal and/or equitable relief to which these Defendants may be entitled, including, but not limited to, an order dismissing this civil action with prejudice. Or, in the alternative, if this matter proceeds to a final judgment, a judgment determining the amounts and priorities of all liens; an order of sale by the master commissioner, and that the report of the sale be made by the master commissioner to the Court for further proceedings with proceeds to these Defendants;

2. An award of all costs of collection, including reasonable attorney's fees, court costs, and legal expenses; and,

3. Such other legal and/or equitable relief to which the Plaintiff may appear entitled.

## VERIFICATION

I, Clayton E. Stoess, state that I am a named Defendant herein, and the statements contained in this Answer are true to the best of my knowledge and belief.

_____
Clayton E. Stoess, Jr.

STATE OF KENTUCKY

COUNTY OF OLDHAM

Subscribed and sworn to before me by Clayton E. Stoess, Jr. on this 17TH day of May 2018.

_____ 588704
NOTARY PUBLIC

My commission expires: 22 October 2021

Respectfully submitted,

**HOWELL & EMERY, PLLC**

By:_____
**STEPHEN C. EMERY**
105 N. First Street
P.O. Box 655
LaGrange, Kentucky 40031
Telephone: (502) 565-4440
semery@howellandemery.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was sent by U.S. Mail and filed electronically on this ___17th___ day of May 2018, to the following:

Zachary D. Prendergast
Roetzel & Andress, LPA
250 East Fifth Street, Suite 310
Cincinnati, OH  45202
Counsel for Plaintiff


_____
Counsel for Petitioner