UNITED STATES DISTRICT COURT  
WESTERN DISTRICT OF KENTUCKY  
LOUISVILLE DIVISION  
CASE NO. 3:18-cv-220-DJH

JUDGE DAVID J. HALE

SOUTHERN FINANCIAL GROUP, LLC,                PLAINTIFF

vs.

CLAYTON E. STOESS, SR., et al.                DEFENDANTS

## AGREED ORDER FOR RESPONSE TO MOTION FOR SUMMARY JUDGMENT

\* \* \*

By agreement of the Plaintiff and Defendants Clayton E. Stoess, Sr., Clayton Stoess, Jr., and Betty Stoess, these Defendants shall have until June 3, 2019 to file a response to the Plaintiff's pending motion for summary judgment concerning the personal guarantees of these Defendants.

The parties continue to work in good faith in attempting to resolve this dispute. There is good cause for this extension to be granted, including, but not limited to, the ability of the parties to continue working toward resolution before more resources are expending on the litigation in this matter.

Seen and agreed to:

_____/s/_____  
Stephen C. Emery, Counsel for Defendants Stoess

_____/s/_____  
Zacharay D. Prendergast, Counsel for Plaintiff

Accepted and so Ordered:

_____    Date: _____
Judge, Western District of Kentucky