UNITED STATES DISTRICT COURT　　　　　　　　JUDGE DAVID J. HALE
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:18-cv-220-DJH

SOUTHERN FINANCIAL GROUP, LLC,　　　　　　PLAINTIFF

vs.

CLAYTON E. STOESS, SR., et al.　　　　　　　　DEFENDANTS

## AGREED ORDER FOR RESPONSE
## TO MOTION FOR SUMMARY JUDGMENT

\* \* \*

By agreement of the Plaintiff and Defendants Clayton E. Stoess, Sr., Clayton Stoess, Jr., and Betty Stoess, these Defendants shall have until June 3, 2019 to file a response to the Plaintiff's pending motion for summary judgment concerning the personal guarantees of these Defendants.

The parties continue to work in good faith in attempting to resolve this dispute. There is good cause for this extension to be granted, including, but not limited to, the ability of the parties to continue working toward resolution before more resources are expending on the litigation in this matter.

Seen and agreed to:

_____/s/\_\_Stephen C. Emery_____
Stephen C. Emery, Counsel for Defendants Stoess


_____/s/\_\_Zacharay D. Prendergast_____
Zacharay D. Prendergast, Counsel for Plaintiff

Accepted and so Ordered:

*signature*

**David J. Hale, Judge**
**United States District Court**

Date: July 22, 2019