**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NO. 3:18-cv-220-DJH**

| | |
|---|---|
| **SOUTHERN FINANCIAL GROUP, LLC,** | **(Judge David J. Hale)** |
| **Plaintiff,** | |
| vs. | **PLAINTIFF'S STATUS REPORT** |
| **CLAYTON E. STOESS, SR., et al.,** | |
| **Defendants.** | |

Plaintiff Southern Financial Group, LLC ("Plaintiff"), through undersigned counsel, reports that the Plaintiff provided payoff numbers to Stephen Emery, counsel for the Defendants, on November 1, 2019. Undersigned counsel e-mailed Mr. Emery today requesting status and Mr. Emery informed him in writing that, "I have been advised that the amount that needs to be financed has grown to a point that the financial institutions are not able or willing to extend that much credit." Mr. Emery further informed undersigned counsel that the Defendants may be retaining new counsel.

                                                Respectfully submitted,

                                                */s/ Zachary D. Prendergast*
                                                Zachary D. Prendergast (92935)
                                                *Attorney for Plaintiff Southern Financial Group, LLC*
                                                ROBBINS KELLY PATTERSON & TUCKER
                                                7 West Seventh Street, Suite 1400
                                                Cincinnati, Ohio 45202-2417
                                                Phone: (513) 721-3330
                                                Fax:   (513) 721-5001
                                                E-Mail: zprendergast@rkpt.com

# CERTIFICATE OF SERVICE

       This is to certify that a true and exact copy of the foregoing has been duly served through the Court's ECF System on this 2nd day of December, 2019 to:

Stephen C. Emery: semery@howellandemery.com
*Attorney for Defendants*

                                          */s/ Zachary D. Prendergast*
                                          Zachary D. Prendergast (92935)