# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CASE NO. 3:18-cv-220-DJH

| | |
|---|---|
| **SOUTHERN FINANCIAL GROUP, LLC,** | **(Judge David J. Hale)** |
| **Plaintiff,** | |
| vs. | **JOINT STATUS REPORT** |
| **CLAYTON E. STOESS, SR., et al.,** | |
| **Defendants.** | |

Plaintiff and Defendants, through undersigned counsel, report that the Plaintiff provided payoff numbers to Stephen Emery, counsel for the Defendants, on November 1, 2019. The Defendants have been unable to secure financing to pay off the Plaintiff. The Defendants have presented a settlement proposal to the Plaintiff, and the Plaintiff is currently reviewing the same.

Respectfully submitted,

*/s/ Zachary D. Prendergast*
Zachary D. Prendergast (92935)
*Attorney for Plaintiff Southern Financial Group, LLC*
ROBBINS KELLY PATTERSON & TUCKER
7 West Seventh Street, Suite 1400
Cincinnati, Ohio 45202-2417
Phone: (513) 721-3330
Fax: (513) 721-5001
E-Mail: zprendergast@rkpt.com

Joined By:

*/s/ Stephen C. Emery*
Stephen C. Emery
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

   This is to certify that a true and exact copy of the foregoing has been duly served through the Court's ECF System on this 11th day of December, 2019 to:

Stephen C. Emery: semery@howellandemery.com
*Attorney for Defendants*

                */s/ Zachary D. Prendergast*
                Zachary D. Prendergast (92935)